Randal M. Barnum     (State Bar No. 111287)
Jenna R. Avila       (State Bar No. 307639)
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Telephone:    (707) 745-3747
Facsimile:    (707) 745-4580
rmblaw@pacbell.net
jnunes@rmblaw.com

Attorneys for Plaintiff MARK BRYGGMAN


Heather D. Hearne    (State Bar No. 254496)
THE KULLMAN FIRM
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone:    (225) 906-4245
Facsimile:    (225) 906-4230
hdh@kullmanlaw.com

Attorney for Defendant DXC TECHNOLOGY COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK BRYGGMAN, | CASE NO. 2:20-cv-00075-TLN-CKD |
| Plaintiff, | **ORDER TO ARBITRATE AND STAY COURT PROCEEDINGS** |
| v. | |
| DXC TECHNOLOGY COMPANY; and Does 1 through 50, inclusive, | |
| Defendant. | |

# **ORDER**

Pursuant to the Parties' stipulation and for good cause appearing, it is hereby ORDERED that:

1. This Action is referred to final and binding arbitration according to the terms of the Parties' stipulation.

2. This Action is stayed pending completion of the arbitration.

3. Within a reasonable time after a final award is granted or settlement is reached, any Party shall advise this Court of the outcome of the arbitration proceedings or any settlement.

4. This Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

DATED: July 10, 2020

Troy L. Nunley
United States District Judge